

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Jose Guillermo Mendez v. The State of Texas

Appellate case number:   01-19-00581-CR

Trial court case number: 1627628

Trial court:             263rd District Court of Harris County

The appellant, Jose Guillermo Mendez, has filed a Motion to Expedite Motion to Substitute Counsel in this Court. The Court granted the appellant's motion to substitute counsel on October 8, 2019. Accordingly, the appellant's motion to expedite his motion to substitute counsel is **dismissed as moot**.

It is so ORDERED.

Judge's signature:  ___/s/  Evelyn V. Keyes_____
                    ☑ Acting individually     ☐ Acting for the Court

Date:  __October 22, 2019__